■ In the Matter of David Frazier, Appellant, v Brian Fischer, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [977 NYS2d 657]—■

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.